UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY SIMMONS,

    Plaintiff,

v.

TRANSUNION LLC,

    Defendant.

_____/

Case No. 24-cv-11378
Hon. Matthew F. Leitman

### **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 19, 2024
Detroit, Michigan

1